No. 22-40516


IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT


UNITED STATES OF AMERICA,
Plaintiff-Appellee,


v.


REID ETHERIDGE,
Defendant-Appellant.


Appeal from the United States District Court
for the Southern District of Texas


_____


RECORD EXCERPTS

_____


MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas

EVAN G. HOWZE
Assistant Federal Public Defender
Attorneys for Appellant
440 Louisiana Street, Suite 1350
Houston, Texas 77002-1669
Telephone: (713) 718-4600

## RECORD EXCERPTS

Contents                                                          Record Cite

1.      Docket sheet.......................................................................ROA.1-15

2.      Indictment .....................................................................ROA.39-42

3.      Judgment ....................................................................ROA.166-172

4.      Notice of appeal.........................................................ROA.173-174

5.      Certificate of service.

TAB 1

APPEAL,APPEAL_NAT,CLOSED,DOCSENT

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (McAllen)
# CRIMINAL DOCKET FOR CASE #: 7:20-cr-01791-1
# Internal Use Only

Case title: USA v. Etheridge et al

Magistrate judge case number:  7:20-mj-02048

Date Filed: 10/20/2020

Date Terminated: 07/21/2022

Assigned to: Judge Randy Crane

**Defendant (1)**

| | | |
|---|---|---|
| **Reid Etheridge**<br>*TERMINATED: 07/21/2022* | represented by | **Federal Public Defender - McAllen**<br>1701 W Hwy 83<br>Ste 405<br>McAllen, TX 78501-5159<br>956-630-2995<br>Email: mca_ecf@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender*<br>*Appointment* |
| | | **Evan Gray Howze**<br>Federal Public Defender, Southern District of Texas<br>440 Louisiana<br>Ste 1350<br>Houston, TX 77002<br>713-718-4600<br>Fax: 713-718-4610<br>Email: Evan_Howze@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender*<br>*Appointment* |
| | | **Jose Angel Martinez , Jr.**<br>Federal Public Defender<br>1701 W. Bus. Hwy 83<br>Ste. 405<br>McAllen, TX 78501<br>956-630-2995<br>Fax: 956-631-8647<br>Email: jose_a_martinez@fd.org |

*TERMINATED: 10/07/2020*
*Designation: Public Defender or Community Defender Appointment*

**Osvaldo J Morales , III**
Attorney at Law
106 S. 12th Ave., Ste 101
Edinburg, TX 78539
956-584-1081
Fax: 956-584-1844
Email: lawojm@gmail.com
*TERMINATED: 08/04/2022*
*Designation: Retained*

**Rudy Santiago Moreno**
The Law Office of Rudy Moreno
5526 North 10th Street
McAllen, TX 78504
956-682-9477
Fax: 956-682-0223
Email: rmoreno@rmorenolaw.com
*TERMINATED: 10/13/2020*
*Designation: Retained*

**Victoria Guerra**
Law Office of Victoria Guerra
Co-counsel
3219 N. McColl Rd.
McAllen,, TX 78501
956-618-2609
Fax: 956-618-2553
Email: VGuerralaw@gmail.com
*TERMINATED: 08/04/2022*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| | Three hundred and sixty (360) months custody of the Bureau of Prisons and life supervised release term with special conditions with special conditions Sex Offender Registration and Notification Act Requirements, No Contact with Minors, No Possession of Pornographic Materials, Computer Restrictions/Monitoring, Sex Offender Treatment, Sex Offender Safety Zone, Sex Offender Employment/Activity Prohibition, Sex Offender Minor Date/Cohabitate Prohibition, Sex Offender Victim Contact Prohibition, as noted in final presentence report; no contact with co-defendant, to run concurrent with Count 2 and 3; Restitution in the amount $12,000 to Victim #1 and $10,000 to Victim #2, payable immediately after defendant is released from jail; $100 special assessment; waived fine. |
| SEXUAL EXPLOITATION OF CHILDREN (1) | |

| | |
|---|---|
| SEXUAL EXPLOITATION OF CHILDREN (2) | Three hundred and sixty (360) months custody of the Bureau of Prisons and life supervised release term with special conditions with special conditions Sex Offender Registration and Notification Act Requirements, No Contact with Minors, No Possession of Pornographic Materials, Computer Restrictions/Monitoring, Sex Offender Treatment, Sex Offender Safety Zone, Sex Offender Employment/Activity Prohibition, Sex Offender Minor Date/Cohabitate Prohibition, Sex Offender Victim Contact Prohibition, as noted in final presentence report, no contact with co-defendant, to run concurrent with Count 1 and 4; Restitution in the amount $12,000 to Victim #1 and $10,000 to Victim #2, payable immediately after defendant is released from jail; $100 special assessment; waived fine. |
| COERCION OR ENTICEMENT OF FEMALE (3) | Life custody of the Bureau of Prisons and Life in supervised release term, if released, to run concurrent with Counts 1 and 2, with special conditions Sex Offender Registration and Notification Act Requirements, No Contact with Minors, No Possession of Pornographic Materials, Computer Restrictions/Monitoring, Sex Offender Treatment, Sex Offender Safety Zone, Sex Offender Employment/Activity Prohibition, Sex Offender Minor Date/Cohabitate Prohibition, Sex Offender Victim Contact Prohibition, no contact with co-defendant, as noted in final presentence report; Restitution in the amount $12,000 to Victim #1 and $10,000 to Victim #2, payable immediately after defendant is released from jail; $100 special assessment; waive fine. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| SEXUAL EXPLOITATION OF MINORS (5) | Dismissed on Government's oral motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:2251.F | |

**Plaintiff**

**USA**                                                    represented by    **Carmen Castillo Mitchell**
United States Attorney's Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9541
Fax: 713-718-3302
Email: carmen.mitchell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael L Mitchell**
US Attorney's Office
1701 W Hwy 83
Ste 600
McAllen, TX 78501
956-618-8010
Email: michael.mitchell4@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2020 | | Judge Magistrate Judge J Scott Hacker assigned to case. (drodriguez, 7) [7:20-mj-02048] (Entered: 10/05/2020) |
| 10/02/2020 | 1 (p.16) | CRIMINAL COMPLAINT as to Reid Etheridge (1), filed. Initial Appearance set for 10/5/2020 at 09:15 AM before Magistrate Judge J Scott Hacker (drodriguez, 7) [7:20-mj-02048] (Entered: 10/05/2020) |
| 10/02/2020 | | Arrest of Reid Etheridge, filed. (drodriguez, 7) [7:20-mj-02048] (Entered: 10/05/2020) |
| 10/05/2020 | 2 (p.387) | AO 257 Information Sheet as to Reid Etheridge, filed.(drodriguez, 7) [7:20-mj-02048] (Entered: 10/05/2020) |
| 10/05/2020 | | Minute Entry for proceedings held before Magistrate Judge J Scott Hacker. INITIAL APPEARANCE on Criminal Complaint as to Reid Etheridge, held on 10/5/2020. |

| | | |
|---|---|---|
| | | (Deft informed of rights.) Defendant requests appointed counsel. Deft examined as to Financial Affidavit. Court grants. Government moves for temporary detention and continuance to prepare for detention hearing. Court grants. Preliminary Examination & Detention Hearing set for 10/8/2020 at 01:00PM before Magistrate Judge J. Scott Hacker. Defendant consented to the hearing being held via VTC (Video TeleConference). Court grants Government's Oral Motion case is unsealed, it was sealed by mistake......Government to file a written Order to Unseal. Appearances: Michael Mitchell, AUSA;. (PTS: Marina Garza) (ERO: Yesenia Ibarra) (Interpreter: Noe Murillo/Woody Lewis/not used) (DUSM: Andre Rodriguez) Deft remanded to custody. (jaleyvaadi, 7) [7:20-mj-02048] (Entered: 10/05/2020) |
| 10/05/2020 | 3 (p.18) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Reid Etheridge (Signed by Magistrate Judge J Scott Hacker). Parties notified. (jaleyvaadi, 7) [7:20-mj-02048] (Entered: 10/05/2020) |
| 10/05/2020 | 4 (p.19) | Order of Temporary Detention Pending Hearing as to Reid Etheridge. Preliminary Examination & Detention Hearing set for 10/8/2020 at 01:00 PM before Magistrate Judge J Scott Hacker. ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (jaleyvaadi, 7) [7:20-mj-02048] (Entered: 10/05/2020) |
| 10/05/2020 | 5 (p.20) | MOTION to Unseal Document *Complaint* by USA as to Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order Order Granting Motion)(Mitchell, Michael) [7:20-mj-02048] (Entered: 10/05/2020) |
| 10/05/2020 | | NOTICE OF ATTORNEY APPEARANCE Jose Angel Martinez, Jr, Federal Public Defender, in case as to Reid Etheridge, filed.(Martinez, Jose) [7:20-mj-02048] (Entered: 10/05/2020) |
| 10/05/2020 | | US ATTORNEY'S NOTICE OF APPEARANCE. Michael L Mitchell appearing for USA, filed.(Mitchell, Michael) [7:20-mj-02048] (Entered: 10/05/2020) |
| 10/05/2020 | 6 | Sealed Financial Affidavit CJA 23 by Reid Etheridge, filed. [7:20-mj-02048] (Entered: 10/05/2020) |
| 10/07/2020 | 7 (p.22) | Unopposed MOTION to Substitute Attorney Rudy Santiago Moreno *for Attorney Jose Angel Martinez, Jr.* by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Moreno, Rudy) [7:20-mj-02048] (Entered: 10/07/2020) |
| 10/07/2020 | 8 (p.25) | ORDER granting 7 (p.22) Motion to Substitute Attorney Rudy Moreno in place of Jose Martinez as to Reid Etheridge (1).(Signed by Magistrate Judge J Scott Hacker.) Parties notified.(drodriguez, 7) [7:20-mj-02048] (Entered: 10/07/2020) |
| 10/07/2020 | 9 (p.26) | ORDER ON APPLICATIONregarding 5 (p.20) Motion to Unseal Document as to Reid Etheridge (1).(Signed by Magistrate Judge J Scott Hacker.) Parties notified.(drodriguez, 7) [7:20-mj-02048] (Entered: 10/07/2020) |
| 10/07/2020 | 10 (p.27) | Unopposed MOTION to Continue Preliminary Examination & Detention Hearing by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Moreno, Rudy) [7:20-mj-02048] (Entered: 10/07/2020) |
| 10/08/2020 | 11 (p.31) | ORDER granting 10 (p.27) Motion to Continue Preliminary Examination & Detention Hearing as to Reid Etheridge (1) Preliminary Examination & Detention Hearing set for 10/14/2020 at 03:00 PM before Magistrate Judge J Scott Hacker.(Signed by Magistrate Judge J Scott Hacker.) Parties notified.(YeseniaIbarra, 7) [7:20-mj-02048] (Entered: 10/08/2020) |

| 10/13/2020 | 12 (p.32) | MOTION to Substitute Attorney Osvaldo J Morales, III *for Attorney Rudy Moreno* by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) [7:20-mj-02048] (Entered: 10/13/2020) |
|---|---|---|
| 10/13/2020 | 13 (p.35) | ORDER granting 12 (p.32) Motion to Substitute Attorney as to Reid Etheridge (1).(Signed by Magistrate Judge J Scott Hacker.) Parties notified.(YeseniaIbarra, 7) [7:20-mj-02048] (Entered: 10/13/2020) |
| 10/14/2020 | 14 (p.388) | Pretrial Services Report (Sealed) as to Reid Etheridge. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to SAVE the document locally at the time of viewing, filed. (osvillarreal, 7) [7:20-mj-02048] (Entered: 10/14/2020) |
| 10/14/2020 | | Minute Entry for proceedings held before Magistrate Judge J Scott Hacker: PRELIMINARY EXAMINATION AND DETENTION HEARING as to Reid Etheridge held on 10/14/2020. Defendant agreed to having the hearings by video conference. Defendant, through counsel, waived the Preliminary Examination; Court found Probable Cause. Regarding the Detention Hearing, the Court heard the arguments from the parties. The Court took judicial notice of the Pretrial Report (Dkt. No. 14) and stated that it would issue a ruling on a later date. Defendant remanded to the custody of U.S. Marshals Service. Appearances: Michael Mitchell, AUSA; Osvaldo J. Morales, III (by video conference), Retained Atty. (ERO: David Rodriguez)(Interpreter: Woody Lewis/not used)(USPO: Robert Weaver)(DUSM: Mario Loya), filed. (jhacker). Modified on 10/14/2020 (jhacker). [7:20-mj-02048] (Entered: 10/14/2020) |
| 10/16/2020 | 15 (p.36) | ORDER OF DETENTION PENDING TRIAL as to Reid Etheridge ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (AdrianDeLaRosa, 7) [7:20-mj-02048] (Entered: 10/16/2020) |
| 10/20/2020 | 16 (p.39) | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Reid Etheridge (1) count(s) 1-2, 3, 5, Alicia Cronkhite (2) count(s) 1, 4, 6, filed. (Attachments: # 1 (p.16) Judge's Procedures) (kanelson, 7) (Entered: 10/21/2020) |
| 10/20/2020 | 17 (p.43) | US Attys Criminal Docket Sheet as to Reid Etheridge, Alicia Cronkhite, filed.(kanelson, 7) (Entered: 10/21/2020) |
| 10/21/2020 | 18 (p.44) | NOTICE OF SETTING as to Reid Etheridge, Alicia Cronkhite. Arraignment set for 10/30/2020 at 03:00 PM before Magistrate Judge J Scott Hacker, filed. (kanelson, 7) (Entered: 10/21/2020) |
| 10/21/2020 | 19 (p.45) | SCHEDULING ORDER as to Reid Etheridge. Arraignment will be held on October 30, 2020. Motion Filing due by 11/9/2020. Responses due by 11/27/2020. Final Pretrial Conference set for 12/4/2020 at 09:00 AM before Judge Randy Crane. Jury Selection set for 12/8/2020 at 09:30 AM before Judge Randy Crane. Deadline for Motions for Continuance: 11/20/2020. ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (jaleyvaadi, 7) (Entered: 10/21/2020) |
| 10/28/2020 | 23 (p.47) | WAIVER of Presence at Arraignment and Entry of Plea of Not Guilty, filed.(Morales, Osvaldo) (Entered: 10/28/2020) |
| 10/29/2020 | | (Court only) MOTIONS as to Reid Etheridge REFERRED to Magistrate Judge J Scott Hacker: 23 (p.47) WAIVER of Presence at Arraignment and Entry of Plea of Not Guilty. Designated staff for referral judge notified by NEF. (drodriguez, 7) (Entered: 10/29/2020) |

| | | |
|---|---|---|
| 10/29/2020 | 24 (p.48) | ORDER granting 23 (p.47) Waiver of Presence at Arraignment as to Reid Etheridge (1).(Signed by Magistrate Judge J Scott Hacker.) Parties notified.(AdrianDeLaRosa, 7) (Entered: 10/29/2020) |
| 12/01/2020 | 26 (p.49) | Unopposed MOTION for Leave to File *Unopposed* Motion for Continuance by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 12/01/2020) |
| 12/01/2020 | 27 (p.52) | Unopposed MOTION to Continue Final Pretrial Conference and Jury Selection by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 12/01/2020) |
| 12/02/2020 | 28 (p.55) | ORDER GRANTING UNOPPOSED CONTINUANCE as to Reid Etheridge, Alicia Cronkhite ( Final Pretrial Conference reset for 1/29/2021 at 09:00 AM before Judge Randy Crane, Jury Selection reset for 2/2/2021 at 09:30 AM before Judge Randy Crane) ( Signed by Judge Randy Crane) Parties notified. (agarcia, 7) (Entered: 12/02/2020) |
| 12/10/2020 | 29 (p.56) | Opposed MOTION for Discovery by Reid Etheridge, filed. (Morales, Osvaldo) (Entered: 12/10/2020) |
| 01/19/2021 | 30 (p.60) | Unopposed MOTION to Continue Trial Settings by Reid Etheridge, filed. (Morales, Osvaldo) (Entered: 01/19/2021) |
| 01/27/2021 | 33 (p.62) | ORDER GRANTING UNOPPOSED CONTINUANCE as to Reid Etheridge, Alicia Cronkhite granting 30 (p.60) Unopposed MOTION to Continue Trial Settings ( Final Pretrial Conference set for 4/1/2021 at 09:00 AM before Judge Randy Crane, Jury Selection set for 4/6/2021 at 09:30 AM before Judge Randy Crane) ( Signed by Judge Randy Crane) Parties notified. (drodriguez, 7) (Entered: 01/27/2021) |
| 03/31/2021 | 34 (p.63) | NOTICE OF RESETTING as to Reid Etheridge (1), Alicia Cronkhite(2). Re-Arraignment set for 4/1/2021 at 08:30 AM before Judge Randy Crane, filed. (DeliaRodriguez, 7) (Entered: 03/31/2021) |
| 03/31/2021 | 35 (p.64) | NOTICE of Of Intention to Enter a Plea of Guilty by Reid Etheridge, filed.(Morales, Osvaldo) (Entered: 03/31/2021) |
| 04/01/2021 | | Minute Entry for proceedings held before Judge Randy Crane: RE-ARRAIGNMENT held on 4/1/2021. Reid Etheridge (1). The defendant entered a plea of "Guilty" as to Counts 1, 2 and 3 of Indictment. Plea Agreement, filed. Appearances: Michael L. Mitchell, AUSA; Osvaldo J. Morales, III, AFPD; E. Lozoya, US Probation-Mc.(ERO: Ricardo Rodriguez) (Interpreter: Elena Medrano-not used.) Deft remanded to custody of the Marshal., filed.(DeliaRodriguez, 7) (Entered: 04/01/2021) |
| 04/01/2021 | | **Terminate Deadlines and Hearings as to Reid Etheridge: (DeliaRodriguez, 7) (Entered: 04/01/2021) |
| 04/01/2021 | 37 (p.65) | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Reid Etheridge. PSI Completion due by 5/11/2021 Objection to PSI due by 5/25/2021 Final PSI due by 6/8/2021 Sentencing set for 6/15/2021 at 09:30 AM before Judge Randy Crane ( Signed by Judge Randy Crane) Parties notified. (ocasas, 7) (Entered: 04/01/2021) |
| 04/01/2021 | 38 (p.324) | PLEA AGREEMENT as to Reid Etheridge, filed. (Morales, Osvaldo) (Entered: 04/01/2021) |
| 05/11/2021 | | |

| | | |
|---|---|---|
| | **39** (p.327) | Attorney Only Document (Sealed) as to Reid Etheridge. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to **SAVE** the attached documents locally at the time of viewing. (Main Doc: Initial PSR) (MaeganMartinez, 7) (Entered: 05/11/2021) |
| 05/24/2021 | **41** (p.66) | Unopposed MOTION to Continue Sentencing Hearing by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 05/24/2021) |
| 05/24/2021 | **42** (p.69) | NOTICE of Withdrawal of Document No. 41 by Reid Etheridge re 41 (p.66) Unopposed MOTION to Continue Sentencing Hearing , filed.(Morales, Osvaldo) (Entered: 05/24/2021) |
| 05/24/2021 | **43** (p.70) | Opposed MOTION to Continue Sentencing Hearing by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 05/24/2021) |
| 06/04/2021 | **44** (p.351) | Final Presentence Investigation Report (Sealed) as to Reid Etheridge, filed. (msosa, 1) (Entered: 06/04/2021) |
| 06/04/2021 | **45** (p.375) | Sealed Addendum to 44 (p.351) Final Presentence Investigation Report (Sealed) as to Reid Etheridge, filed. (msosa, 1) (Entered: 06/04/2021) |
| 06/07/2021 | **48** (p.73) | Order Resetting Sentencing as to Reid Etheridge and Alicia Cronkhite. Sentencing reset for 7/13/2021 at 09:30 AM before Judge Randy Crane ( Signed by Judge Randy Crane) Parties notified. (agarcia, 7) (Entered: 06/07/2021) |
| 06/08/2021 | **49** (p.74) | MOTION for Leave to File Objections to Pre-Sentence Report by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 06/08/2021) |
| 06/08/2021 | **50** (p.77) | OBJECTION by Reid Etheridge *to Pre-Sentence Report*, filed.(Morales, Osvaldo) (Entered: 06/08/2021) |
| 06/09/2021 | **51** (p.79) | ORDER as to Reid Etheridge granting 49 (p.74) MOTION for Leave to File Objections to Pre-Sentence Report ( Signed by Judge Randy Crane) Parties notified. (agarcia, 7) (Entered: 06/09/2021) |
| 06/15/2021 | **52** (p.376) | Second Sealed Addendum to 44 (p.351) Final Presentence Investigation Report (Sealed) as to Reid Etheridge, filed. (JoyceWinkler, 7) (Entered: 06/15/2021) |
| 07/08/2021 | **58** (p.80) | MOTION for Leave to File Agreed Joint Motion for Continuance by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 07/08/2021) |
| 07/08/2021 | **59** (p.83) | Joint MOTION to Continue Sentencing Hearing by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 07/08/2021) |
| 07/12/2021 | **60** (p.378) | Third Sealed Addendum to 44 (p.351) Final Presentence Investigation Report (Sealed) as to Reid Etheridge, filed. (MaeganMartinez, 7) (Entered: 07/12/2021) |
| 07/12/2021 | **61** (p.379) | Sealed Attachment to 60 (p.378) Sealed Addendum to PSR as to Reid Etheridge, filed. (MaeganMartinez, 7) (Entered: 07/12/2021) |
| 07/12/2021 | **62** (p.396) | Sentencing Document(Sealed), filed. (MaeganMartinez, 7) (Entered: 07/12/2021) |
| 07/13/2021 | | Minute Entry for proceedings held before Judge Randy Crane: HEARING re: Sentencing as to Reid Etheridge (1), Alicia Cronkhite (2) held on 7/13/2021. Defense |

| | | |
|---|---|---|
| | | counsel orally urged 41 (p.66) Unopposed MOTION to Continue Sentencing Hearing to allow time for defendants to receive appropriate evaluation. After discussion, the Court GRANTED 41 (p.66) as to both defendants and will reset by further order. Appearances: Michael L. Mitchell, AUSA; Osvaldo J. Morales, III (1)/Judith Ann Cantu (2), Defendants.(ERO:Ricardo Rodriguez) (Interpreter:Elena Medrano-not used.) Deft remanded to custody of the Marshal., filed.(DeliaRodriguez, 7) (Entered: 07/13/2021) |
| 07/13/2021 | 63 (p.86) | ORDER RESETTING SENTENCING as to Reid Etheridge, Alicia Cronkhite. Sentencing reset for 10/19/2021 at 09:30 AM before Judge Randy Crane (signed by Judge Randy Crane) Parties notified. (XavierAvalos, 7) (Entered: 07/13/2021) |
| 09/07/2021 | 64 (p.87) | MOTION for Leave to File SEALED MOTION TO PROCEED EX PARTE AND APPOINT EXPERT ASSISTANCE by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 09/07/2021) |
| 09/07/2021 | 65 (p.400) | Sealed Event, filed. (With attachments) (Entered: 09/07/2021) |
| 09/10/2021 | 66 (p.405) | Sealed Order. (Entered: 09/10/2021) |
| 09/10/2021 | 67 (p.406) | (Court only) Document(s) Sent by regular mail to Osvaldo Morales III, filed. (agarcia, 7) (Entered: 09/10/2021) |
| 09/16/2021 | | Minute Entry for proceedings held before Judge Randy Crane: HEARING re: Motion Hearing as to Reid Etheridge held on 9/16/2021. Case called on docket. The Court informed parties defendant was not medically cleared. Thereafter, the Court informed the parties of the different avenues parties may take to have defendant mentally evaluated by an expert. Appearances: Michael L. Mitchell, AUSA; Osvaldo J. Morales, III, Ret; M. Olivarez, US Probation-Mc.(ERO: Ricardo Rodriguez) (Interpreter: Elena Medrano-not used.), filed.(DeliaRodriguez, 7) (Entered: 09/16/2021) |
| 10/05/2021 | 70 (p.90) | MOTION for Leave to File MOTION FOR LEAVE OF COURT TO FILE MOTION FOR CONTINUANCE by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 10/05/2021) |
| 10/05/2021 | 71 (p.93) | Opposed MOTION to Continue Sentencing Hearing by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 10/05/2021) |
| 10/18/2021 | 73 (p.96) | ORDER RESETTING SENTENCING as to Reid Etheridge, Alicia Cronkhite ( Sentencing reset for 12/16/2021 at 09:30 AM before Judge Randy Crane) ( Signed by Judge Randy Crane) Parties notified. (drodriguez, 7) (Entered: 10/18/2021) |
| 10/19/2021 | 74 (p.97) | MOTION Motion of Defendant Reid Etheridge to be Declared Indigent for Costs by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 10/19/2021) |
| 10/21/2021 | | (Court only) MOTIONS as to Reid Etheridge REFERRED to Judge J Scott Hacker: 74 (p.97) MOTION Motion of Defendant Reid Etheridge to be Declared Indigent for Costs . Designated staff for referral judge notified by NEF. (agarcia, 7) (Entered: 10/21/2021) |
| 11/05/2021 | 75 (p.407) | Sealed Order, filed. (Entered: 11/05/2021) |

| | | |
|---|---|---|
| 11/05/2021 | 76 (p.410) | (Court only) Document(s) Sent by regular mail to Attorney Osvaldo Morales re: 75 (p.407) Sealed Order, filed. (agarcia, 7) (Entered: 11/05/2021) |
| 11/12/2021 | 77 (p.99) | RESPONSE by Reid Etheridge as to Reid Etheridge, Alicia Cronkhite , filed.(Morales, Osvaldo) (Entered: 11/12/2021) |
| 11/15/2021 | 78 (p.411) | Sealed Order, filed. (Entered: 11/15/2021) |
| 11/15/2021 | 79 (p.414) | (Court only) ***(PRIVATE ENTRY) DOC 78 (p.411) Sealed Order mailed to defense counsel Osvaldo Morales III, filed. (agarcia, 7) (agarcia, 7). (Entered: 11/15/2021) |
| 11/29/2021 | 80 (p.101) | Supplemental MOTION to Appoint Expert *Dr. Silver* by Reid Etheridge, filed. (Attachments: # 1 (p.16) Exhibit Financial Resources, # 2 (p.387) Exhibit Fees and Services for Dr. Silver)(Morales, Osvaldo) (Entered: 11/29/2021) |
| 12/02/2021 | 81 (p.139) | Unopposed MOTION to Continue plea by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 12/02/2021) |
| 12/08/2021 | | (Court only) MOTIONS as to Reid Etheridge REFERRED to Judge J Scott Hacker: 80 (p.101) Supplemental MOTION to Appoint Expert *Dr. Silver*. Designated staff for referral judge notified by NEF. (YeseniaIbarra, 7) (Entered: 12/08/2021) |
| 12/08/2021 | 82 (p.142) | ORDER RESETTING SENTENCING as to Reid Etheridge, Alicia Cronkhite ( Sentencing reset for 2/24/2022 at 09:30 AM before Judge Randy Crane) ( Signed by Judge Randy Crane) Parties notified. (drodriguez, 7) (Entered: 12/08/2021) |
| 12/14/2021 | 84 (p.415) | Sealed Order, filed. (Entered: 12/14/2021) |
| 12/14/2021 | | (Court only) Document(s) Sent by certified mail to Defense Counsel Osvaldo Morales - receipt attached, access restricted to court users for privacy reasons - re: 84 (p.415) Sealed Order, filed. (drodriguez, 7) (Entered: 12/14/2021) |
| 12/21/2021 | 85 (p.421) | Sealed Event, filed. (With attachments) (Entered: 12/21/2021) |
| 12/21/2021 | | (Court only) MOTIONS as to Reid Etheridge REFERRED to Judge J Scott Hacker: 85 (p.421) Sealed Event. Designated staff for referral judge notified by NEF. (agarcia, 7) (Entered: 12/21/2021) |
| 12/21/2021 | 86 (p.424) | ORDER granting 85 (p.421) Sealed Motion as to Reid Etheridge (1).(Signed by Magistrate Judge J Scott Hacker.) Parties notified.(drodriguez, 7) (Entered: 12/22/2021) |
| 01/13/2022 | 87 (p.425) | *SEALED* Sealed Minute Entry re: Motion 74 (p.97) as to Reid Etheridge, filed. (Entered: 01/14/2022) |
| 02/08/2022 | 88 (p.143) | MOTION for Leave to File MOTION FOR LEAVE OF COURT TO FILE MOTION FOR CONTINUANCE by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 02/08/2022) |
| 02/08/2022 | 89 (p.146) | Opposed MOTION to Continue Sentencing Hearing by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 02/08/2022) |
| 02/24/2022 | | Minute Entry for proceedings held before Judge Randy Crane: HEARING re: Sentencing as to Reid Etheridge held on 2/24/2022. The Court called case on docket. |

| | | |
|---|---|---|
| | | Status of case discussed. Later, the Court GRANTED 89 (p.146) Opposed MOTION to Continue Sentencing Hearing and will reset for April 2022 by further order. Appearances: Michael L. Mitchell, AUSA; Osvaldo J. Morales, III, Ret; S. Solis, US Probation-Mc. (ERO: Ricardo Rodriguez) (Interpreter:Elena Medrano-not used.) Deft remanded to custody of the Marshal., filed.(DeliaRodriguez, 7) (Entered: 02/24/2022) |
| 02/24/2022 | 92 (p.149) | ORDER RESETTING SENTENCING as to Reid Etheridge, Alicia Cronkhite ( Sentencing reset for 4/26/2022 at 09:30 AM before Judge Randy Crane) ( Signed by Judge Randy Crane) Parties notified. (drodriguez, 7) (Entered: 02/24/2022) |
| 03/10/2022 | 100 (p.459) | *SEALED* Sealed Minute Entry re: 65 (p.400) as to Ried Etheridge, filed. (Entered: 03/30/2022) |
| 03/15/2022 | 93 (p.426) | Sealed Event, filed. (With attachments) (Entered: 03/15/2022) |
| 03/15/2022 | 94 (p.429) | Sealed Event, filed. (With attachments) (Entered: 03/15/2022) |
| 03/15/2022 | 95 (p.433) | Sealed Order, filed. (Entered: 03/15/2022) |
| 03/15/2022 | | (Court only) MOTIONS as to Reid Etheridge REFERRED to Judge J Scott Hacker: 93 (p.426) Sealed Event. Designated staff for referral judge notified by NEF. (agarcia, 7) (Entered: 03/15/2022) |
| 03/15/2022 | 96 (p.435) | ORDER denying as moot 93 (p.426) Sealed Motion as to Reid Etheridge (1).(Signed by Magistrate Judge J Scott Hacker.) Parties notified.(agarcia, 7) (Entered: 03/15/2022) |
| 03/17/2022 | 97 (p.436) | Sealed Event, filed. (With attachments) (Entered: 03/17/2022) |
| 03/23/2022 | 98 (p.452) | SEALED Event, filed. ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (agarcia, 7) (agarcia, 7). (Entered: 03/23/2022) |
| 03/25/2022 | 99 (p.458) | Sealed Event, filed. (Entered: 03/25/2022) |
| 04/14/2022 | 101 (p.460) | Sealed Order, filed. (Entered: 04/14/2022) |
| 04/14/2022 | 102 (p.462) | MEMORANDUM by Reid Etheridge, filed.(agarcia, 7) (agarcia, 7). (Entered: 04/15/2022) |
| 04/19/2022 | 103 (p.464) | Sealed Event, filed. (Entered: 04/19/2022) |
| 04/22/2022 | 104 (p.150) | Opposed MOTION to Continue Sentencing Hearing by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 04/22/2022) |
| 04/22/2022 | 105 (p.465) | Opposed MOTION to Continue Sentencing Hearing by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 04/22/2022) |
| 04/22/2022 | 106 (p.153) | Opposed MOTION for Leave to File Motion for Leave to File Motion for Continuance by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Morales, Osvaldo) (Entered: 04/22/2022) |

| 04/22/2022 | | (Court only) ***Motions terminated as to Reid Etheridge re: 80 (p.101) Supplemental Briefing to be Declared Indigent filed by Reid Etheridge, and Defendant's 74 (p.97) Motion to be Declared Indigent for Costs filed by Reid Etheridge. (dflores, 7) (Entered: 05/04/2022) |
|---|---|---|
| 04/25/2022 | 107 (p.156) | ORDER RESETTING SENTENCING as to Reid Etheridge, Alicia Cronkhite (Sentencing reset for 5/31/2022 at 09:30 AM before Judge Randy Crane) ( Signed by Judge Randy Crane) Parties notified. (OmarOrta, 7) (Entered: 04/25/2022) |
| 05/05/2022 | 108 (p.468) | Sealed Event, filed. (With attachments) (Entered: 05/05/2022) |
| 05/11/2022 | 109 (p.157) | NOTICE OF ATTORNEY APPEARANCE: Victoria Guerra appearing for Reid Etheridge , filed.(Guerra, Victoria) (Entered: 05/11/2022) |
| 05/27/2022 | 110 (p.159) | Opposed MOTION to Continue Sentencing Hearing Set For May 31, 2022 by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Guerra, Victoria) (Entered: 05/27/2022) |
| 05/27/2022 | 111 (p.483) | Sealed Event, filed. (Entered: 05/27/2022) |
| 05/31/2022 | | Minute Entry for proceedings held before Judge Randy Crane: HEARING re: Sentencing as to Reid Etheridge (1), Alicia Cronkhite (2) held on 5/31/2022. Case called on docket. Defense counsel urged 110 (p.159) Opposed MOTION to Continue Sentencing Hearing Set For May 31, 2022 as to Reid Etheridge. After discussion, the Court GRANTED motion and will reset for 7/6/2022, by further order, as to both defendants. Appearances: Michael L. Mitchell, AUSA; Victoria Guerra/Osvaldo J. Morales, III/Judith Ann Cantu, Ret; S. Solis/ M. Rodriguez, US Probation-Mc.(ERO: Ricardo Rodriguez) (Interpreter:Elena Medrano-not used.) Deft remanded to custody of the Marshal., filed.(DeliaRodriguez, 7) (Entered: 05/31/2022) |
| 05/31/2022 | 112 (p.163) | Order Resetting Sentencing. Sentencing reset for 7/7/2022 at 10:00 AM before Judge Randy Crane ( Signed by Judge Randy Crane) Parties notified. (agarcia, 7) (Entered: 05/31/2022) |
| 07/05/2022 | 113 (p.485) | Sealed Event, filed. (With attachments) (Entered: 07/05/2022) |
| 07/06/2022 | 114 (p.164) | Order Resetting Sentencing. Sentencing reset for 7/21/2022 at 09:00 AM before Judge Randy Crane ( Signed by Judge Randy Crane) Parties notified. (lelizondo, 7) (Entered: 07/06/2022) |
| 07/19/2022 | 115 (p.489) | Sealed Event, filed. (With attachments) (Entered: 07/19/2022) |
| 07/20/2022 | 116 (p.165) | ORDER as to Reid Etheridge Granting 115 (p.489) Sealed Event ( Signed by Judge Randy Crane) Parties notified. (agarcia, 7) (Entered: 07/20/2022) |
| 07/20/2022 | 117 (p.492) | Sentencing Memorandum (Sealed) by USA as to Reid Etheridge, filed. (Entered: 07/20/2022) |
| 07/21/2022 | 119 (p.499) | Sentencing Memorandum (Sealed) by Reid Etheridge, filed. (With attachments) (Entered: 07/21/2022) |
| 07/21/2022 | | Minute Entry for proceedings held before Judge Randy Crane: Sentencing held on 7/21/2022 for Reid Etheridge (1). Victims presented testimony. [TOL=43, GRS=Life] |

| | | |
|---|---|---|
| | | Sentence Count(s) 1: Three hundred and sixty (360) months custody of the Bureau of Prisons and supervised release term for life to run concurrent with Count 2 and 3; Count(s) 2: Three hundred and sixty (360) months custody of the Bureau of Prisons and supervised release term for life to run concurrent with Count 1 and 3; Count(s) 3: Life custody of the Bureau of Prisons and supervised release term for life, to run concurrent with Counts 1 and 2, if defendant is released on supervised release term special conditions: Sex Offender Registration and Notification Act Requirements, No Contact with Minors, No Possession of Pornographic Materials, Computer Restrictions/Monitoring, Sex Offender Treatment, Sex Offender Safety Zone, Sex Offender Employment/Activity Prohibition, Sex Offender Minor Date/Cohabitate Prohibition, Sex Offender Victim Contact Prohibition, *no contact with co-defendant, as noted in final presentence report; Restitution in the amount $12,000 to Victim #1 and $10,000 to Victim #2, payable immediately after defendant is released from imprisonment; $100 special assessment as to each count for a total of $300; waived fine. The Court advised the defendant of his right to an appeal. The Court recommended placement in a facility where the defendant may receive psycho treatment. Count(s) 5: Dismissed on Government's oral motion. Reid Etheridge terminated. Appearances: Michael L. Mitchell, AUSA; Victoria Guerra/Osvaldo J. Morales, III, Retained; M. Rodriguez in lieu of S. Solis, US Probation-Mc.(ERO:Ricardo Rodriguez) (Interpreter: Elena Medrano-not used.) Deft remanded to custody of the Marshal., filed.(DeliaRodriguez, 7) *Modified on 7/21/2022 (DeliaRodriguez, 7). (Entered: 07/21/2022) |
| 07/21/2022 | | (Court only) ***Case Terminated as to Reid Etheridge (DeliaRodriguez, 7) (Entered: 07/21/2022) |
| 07/29/2022 | 120 (p.166) | JUDGMENT as to Reid Etheridge (Signed by Judge Randy Crane) Parties notified. (lcorbett, 7) (Entered: 07/29/2022) |
| 07/29/2022 | 121 (p.383) | Statement of Reasons (Sealed) as to Reid Etheridge. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to SAVE the document locally at the time of viewing, filed. (Entered: 07/29/2022) |
| 08/03/2022 | 124 (p.173) | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Reid Etheridge as to Reid Etheridge, filed.(Guerra, Victoria) (Entered: 08/03/2022) |
| 08/03/2022 | 125 (p.175) | Unopposed MOTION to Withdraw as Attorney *by Osvaldo Morales and* by Victoria Guerra by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Guerra, Victoria) (Entered: 08/03/2022) |
| 08/03/2022 | 126 (p.530) | Sealed Event, filed. (With attachments) (Entered: 08/03/2022) |
| 08/03/2022 | | (Court only) MOTIONS as to Reid Etheridge REFERRED to Judge Nadia S Medrano: 125 (p.175) Unopposed MOTION to Withdraw as Attorney *by Osvaldo Morales and* by Victoria Guerra. Designated staff for referral judge notified by NEF. (agarcia, 7) (Entered: 08/03/2022) |
| 08/03/2022 | | (Court only) MOTIONS as to Reid Etheridge REFERRED to Judge Nadia S Medrano: 126 (p.530) Sealed Event. Designated staff for referral judge notified by NEF. (agarcia, 7) (Entered: 08/03/2022) |
| 08/04/2022 | | |

| | | |
|---|---|---|
| | | Attorney update in case as to Reid Etheridge. Attorney Carmen Castillo Mitchell for USA added. (AmySanchez, 7) (Entered: 08/04/2022) |
| 08/04/2022 | 127 (p.178) | Clerks Notice of Filing of an Appeal as to Reid Etheridge. The following Notice of Appeal is pending in the District Court: 124 (p.173) Notice of Appeal - Judgment and Sentence. Fee status: Not Paid. Reporter(s): Ricardo Rodriguez,filed. (Attachments: # 1 (p.16) Notice of Appeal, # 2 (p.387) Docket Sheet, # 3 (p.18) Judgment) (AmySanchez, 7) (Entered: 08/04/2022) |
| 08/04/2022 | | Appeal Review Notes as to Reid Etheridge re: 124 (p.173) Notice of Appeal - Judgment and Sentence. Fee status: Not Paid. The appeal filing fee has not been paid, and the appellant is represented by counsel.Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal.Hearings were held in the case - transcripts were produced. Number of DKT-13 Forms expected: 1,filed.(AmySanchez, 7) (Entered: 08/04/2022) |
| 08/04/2022 | | (Court only) Document(s) Sent by regular mail to Victoria Guerra Law Office of Victoria Guerra Co-Counsel, 3219 N. McColl Rd. McAllen, TX 78501 re: 127 (p.178) Clerk's Notice of Filing of an Appeal,, filed. (AmySanchez, 7) (Entered: 08/04/2022) |
| 08/04/2022 | 128 (p.200) | ORDER GRANTING DEFENDANT'S MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS granting 126 (p.530) Sealed Motion as to Reid Etheridge (1).(Signed by Magistrate Judge Nadia S Medrano.) Parties notified.(SandraSilva, 7) (Entered: 08/05/2022) |
| 08/04/2022 | 129 (p.201) | ORDER GRANTING DEFENDANT'S ATTORNEYS' MOTION TO WITHDRAW AND APPOINTMENT OF APPELLATE COUNSEL as to Reid Etheridge granting 125 (p.175) Unopposed MOTION to Withdraw as Attorney *by Osvaldo Morales and by Victoria Guerra*. Attorney Victoria Guerra and Osvaldo J Morales, III terminated in case as to Reid Etheridge. (Signed by Magistrate Judge Nadia S Medrano) Parties notified. (SandraSilva, 7) (Entered: 08/05/2022) |
| 08/04/2022 | 130 (p.202) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER on appeal for Reid Etheridge ( Signed by Magistrate Judge Nadia S Medrano) Parties notified. (YeseniaIbarra, 7) (Entered: 08/05/2022) |
| 08/09/2022 | | NOTICE OF ATTORNEY APPEARANCE Evan Gray Howze, Federal Public Defender, in case as to Reid Etheridge, filed.(Howze, Evan) (Entered: 08/09/2022) |
| 08/17/2022 | 131 (p.203) | DKT13 TRANSCRIPT ORDER REQUEST by Appellant as to Reid Etheridge. This is to order a transcript of 04/01/21: Re-Arraignment; 07/13/21: Hearing Re Sentencing; 09/16/21: Motion Hearing; 02/24/22: Hearing re Sentencing all held before the Hon. Randy Crane. Court Reporter/Transcriber: Judicial Transcribers of Texas. This order form relates to the following: Hearing,, Hearing,, Hearing,, 124 (p.173) Notice of Appeal - Judgment and Sentence, Re-Arraignment,, filed. (Attachments: # 1 (p.16) FPD Transcript Request and Invoice)(Meyers, Marjorie) (Entered: 08/17/2022) |
| 08/17/2022 | 132 (p.205) | DKT13 TRANSCRIPT ORDER REQUEST by Appellant as to Reid Etheridge. This is to order a transcript of 05/31/22: Hearing re Sentencing held before the Hon. Randy Crane; 07/21/22: Sentencing held before the Hon. Randy Crane. Court Reporter/Transcriber: Judicial Transcribers of Texas. This order form relates to the following: Hearing,, 124 (p.173) Notice of Appeal - Judgment and Sentence, Sentencing,,,,,,,, Terminate Parties,,,,,,, filed. (Attachments: # 1 (p.16) FPD Transcript Request and Invoice)(Meyers, Marjorie) (Entered: 08/17/2022) |

| | | |
|---|---|---|
| 08/23/2022 | 133 (p.207) | DKT13 TRANSCRIPT ORDER REQUEST by Marjorie Meyers as to Reid Etheridge. This is to order a transcript of SEE ATTACHED AO435 for HEARING DATES.Transcriber: Judicial Transcribers of Texas. This order form relates to the following: 124 (p.173) Notice of Appeal - Judgment and Sentence,filed.(rirodriguez, 7) (Entered: 08/23/2022) |
| 09/06/2022 | 134 (p.212) | *FILED IN ERROR* Unopposed MOTION to Withdraw as Attorney by Victoria Guerra by Reid Etheridge, filed. (Attachments: # 1 (p.16) Proposed Order)(Guerra, Victoria) *Modified on 9/6/2022 (klopez, 7). (Entered: 09/06/2022) |
| 09/06/2022 | | (Court only) ***Motions terminated as to Reid Etheridge re: 134 (p.212) Unopposed MOTION to Withdraw as Attorney by Victoria Guerra filed by Reid Etheridge. (klopez, 7) (Entered: 09/06/2022) |
| 09/27/2022 | 135 (p.215) | APPEAL TRANSCRIPT as to Reid Etheridge re: Re-Arraignment held on April 1, 2021 before Judge Randy Crane. Court Reporter/Transcriber Judicial Transcribers of Texas, LLC. Ordering Party Marjorie A. Meyers This transcript relates to the following: 131 (p.203) Appeal Transcript Request,, 133 (p.207) Appeal Transcript Request, 124 (p.173) Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 12/27/2022., filed. (mahenry, ) (Entered: 09/27/2022) |
| 09/27/2022 | 136 (p.234) | APPEAL TRANSCRIPT as to Reid Etheridge re: Hearing Re: Sentencing held on July 13, 2021 before Judge Randy Crane. Court Reporter/Transcriber Judicial Transcribers of Texas, LLC. Ordering Party Marjorie A. Meyers This transcript relates to the following: 131 (p.203) Appeal Transcript Request,, 133 (p.207) Appeal Transcript Request, 124 (p.173) Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 12/27/2022., filed. (mahenry, ) (Entered: 09/27/2022) |
| 09/27/2022 | 137 (p.246) | APPEAL TRANSCRIPT as to Reid Etheridge re: Motion Hearing held on September 16, 2021 before Judge Randy Crane. Court Reporter/Transcriber Judicial Transcribers of Texas, LLC. Ordering Party Marjorie A. Meyers This transcript relates to the following: 131 (p.203) Appeal Transcript Request,, 133 (p.207) Appeal Transcript Request, 124 (p.173) Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 12/27/2022., filed. (mahenry, ) (Entered: 09/27/2022) |
| 09/27/2022 | 138 (p.252) | APPEAL TRANSCRIPT as to Reid Etheridge re: Hearing Re: Sentencing held on February 24, 2022 before Judge Randy Crane. Court Reporter/Transcriber Judicial Transcribers of Texas, LLC. Ordering Party Marjorie A. Meyers This transcript relates to the following: 131 (p.203) Appeal Transcript Request,, 133 (p.207) Appeal Transcript Request, 124 (p.173) Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 12/27/2022., filed. (mahenry, ) (Entered: 09/27/2022) |
| 09/27/2022 | 139 (p.260) | APPEAL TRANSCRIPT as to Reid Etheridge re: Hearing Re: Sentencing held on May 31, 2022 before Judge Randy Crane. Court Reporter/Transcriber Judicial Transcribers of Texas, LLC. Ordering Party Marjorie A. Meyers This transcript relates to the following: 133 (p.207) Appeal Transcript Request, 124 (p.173) Notice of Appeal - Judgment and Sentence, 132 (p.205) Appeal Transcript Request,,. Release of Transcript Restriction set for 12/27/2022., filed. (mahenry, ) (Entered: 09/27/2022) |
| 09/27/2022 | 140 (p.271) | APPEAL TRANSCRIPT as to Reid Etheridge re: Sentencing held on July 21, 2022 before Judge Randy Crane. Court Reporter/Transcriber Judicial Transcribers of Texas, LLC. Ordering Party Marjorie A. Meyers This transcript relates to the following: 133 (p.207) Appeal Transcript Request, 124 (p.173) Notice of Appeal - Judgment and Sentence, 132 (p.205) Appeal Transcript Request,,. Release of Transcript Restriction set for 12/27/2022., filed. (mahenry, ) (Entered: 09/27/2022) |

TAB 2

United States District Court
Southern District of Texas
FILED

OCT 20 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.** M - 20 - 1791 |
| | § | |
| **REID ETHERIDGE** | § | |
| **ALICIA CRONKHITE** | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about January 1, 2020 to on or about October 1, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**REID ETHERIDGE**
**and**
**ALICIA CRONKHITE**

did employ, use, persuade, induce, entice and coerce a minor, to wit: Minor Victim #1, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was transmitted using any means and facility of interstate or foreign commerce, and the visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

### Count Two

From on or about March 1, 2020, to on or about October 1, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**REID ETHERIDGE**

22-40516.39

did employ, use, persuade, induce, entice and coerce a minor, to wit: Minor Victim #2, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was transmitted using any means and facility of interstate or foreign commerce, and the visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

### Count Three

From on or about January 1, 2020 to on or about October 1, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**REID ETHERIDGE**

did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce or attempt to persuade, induce, entice and coerce an individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which said defendant could be charged with a criminal offense, that is, Sexual Exploitation of Children, in violation of Title 18 United States Code Section 2251(a).

In violation of Title 18, United States Code, Section 2422(b).

### Count Four

From on or about January 1, 2020 to on or about October 1, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ALICIA CRONKHITE**

did knowingly aid and abet an individual who did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce or attempt to persuade, induce, entice and coerce an individual who has not attained the age of 18 years, to engage in prostitution or any

sexual activity for which said defendant could be charged with a criminal offense, that is, Sexual Exploitation of Children, in violation of Title 18 United States Code Section 2251(a).

In violation of Title 18, United States Code, Sections 2, and 2422(b).

## Count Five

From on or about January 1, 2020 to on or about October 1, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### REID ETHERIDGE

did knowingly receive child pornography, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2252A(b)(1), and 2256.

## Count Six

From on or about January 1, 2020 to on or about October 1, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### ALICIA CRONKHITE

did knowingly distribute child pornography, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2252A(b)(1), and 2256.

## NOTICE OF FORFEITURE

### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2428(a) and (b), the United States gives notice to the defendants,

**REID ETHERIDGE**
**and**
**ALICIA CRONKHITE**

that in the event of conviction for the offense charged in the Indictment, the following is subject to forfeiture:

(1) all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in the indictment; and

(2) all property, real or personal, used or intended to be used to commit or to promote the commission of the offense charged in the indictment, or any property traceable to such property, including, but not limited to, the following:

        (1) 1 Google Pixel 4 Cellular Telephone

        (2) 1 Samsung Cellular Telephone

        (3) 1 Micro SD Card

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY

TAB 3

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in McAllen

**ENTERED**
July 29, 2022
Nathan Ochsner, Clerk

## UNITED STATES OF AMERICA

v.

## REID ETHERIDGE

# JUDGMENT IN A CRIMINAL CASE

**CASE NUMBER: 7:20CR01791-001**

**USM NUMBER: 11212-509**

Victoria Guerra and Osvaldo J Morales, III
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1, 2 and 3 on April 1, 2021.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography. | 10/01/2020 | 1 |
| 18 U.S.C. § 2251(a) | Production of child pornography. | 10/01/2020 | 2 |
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor | 10/01/2020 | 3 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through  7  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) 5, as to this defendant, _____ is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 21, 2022
Date of Imposition of Judgment

*Randy Crane*
Signature of Judge

**RANDY CRANE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

July 29, 2022
Date

22-40516.166

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 2 — Imprisonment

DEFENDANT:        **REID ETHERIDGE**
CASE NUMBER:      **7:20CR01791-001**

# IMPRISONMENT

      The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>Life as to Count 3 and 360 months as to each of Counts 1 and 2, said imprisonment terms to run concurrently with each other.</u>

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
    That the defendant be placed in an institution where he can receive any counseling available through the sex offender/psychosexual treatment program.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

  I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


                                  _____
                                       UNITED STATES MARSHAL


             By _____
                                   DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 3 – Supervised Release

DEFENDANT:  **REID ETHERIDGE**
CASE NUMBER:  **7:20CR01791-001**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: <u>Life as to each of Counts 1, 2 and 3, said supervised</u>
<u>release terms to run concurrently with each other.</u>

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☒ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchaku or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A and/or 3664. The defendant must also pay the assessment imposed in accordance with 18 U.S.C. § 3013.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

22-40516.168

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                    Sheet 3D – Supervised Release

Judgment — Page    4    of    7

DEFENDANT: **REID ETHERIDGE**
CASE NUMBER: **7:20CR01791-001**

# SPECIAL CONDITIONS OF SUPERVISION

You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

You must not have direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

You must not possess and/or use computers or other electronic communications or data storage devices or media, without the prior approval of the probation officer. If approved, you shall consent to the ongoing monitoring of all devices. To ensure compliance with the computer monitoring, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation.

You must not seek or maintain employment, supervise, volunteer, or participate in any program and/or activity where minors under the age of 18 would congregate, without prior written approval of the United States Probation Officer. This would include athletic, religions, volunteer, civic, or cultural activities designed for minors under the age of 18.

You must participate in a mental-health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program, including the provider, location, modality, duration, and intensity.

The must have no contact with the co-defendant, Alicia Cronkhite, in this case.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment — Page ___5___ of ___7___

DEFENDANT: **REID ETHERIDGE**
CASE NUMBER: **7:20CR01791-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment[1] | JVTA Assessment[2] |
|---|---|---|---|---|---|
| **TOTALS** | $300.00 | $22,000.00 | $0.00 | $0.00 | $0.00 |

☒ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss[3]** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| K.C. (Victim #1) | $12,000.00 | $12,000.00 | |

☒ See Additional Restitution Payees.

| **TOTALS** | $ | $ | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $_____

☒ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

---

[1]  Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2]  Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3]  Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

22-40516.170

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5B – Criminal Monetary Penalties

Judgment — Page __6__ of __7__

DEFENDANT:        **REID ETHERIDGE**
CASE NUMBER:     **7:20CR01791-001**

# ADDITIONAL RESTITUTION PAYEES

| <u>Name of Payee</u> | <u>Total Loss</u>[3] | <u>Restitution Ordered</u> | <u>Priority or Percentage</u> |
|---|---|---|---|
| E.E. (Victim #2) | $10,000.00 | $10,000.00 | |

☐    See Additional Restitution Payees.

[3]    Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

22-40516.171

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 6 – Schedule of Payments

Judgment — Page ___7___ of ___7___

DEFENDANT:        **REID ETHERIDGE**
CASE NUMBER:      **7:20CR01791-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☒   Lump sum payment of $300.00_____ due immediately, balance due

    ☐   not later than _____, or

    ☒   in accordance with ☐ C, ☐ D, ☒ E, or ☒ F below; or

B   ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C   ☐   Payment in equal _____ installments of $_____ over a period of _____,
        to commence _____ after the date of this judgment; or

D   ☐   Payment in equal _____ installments of $_____ over a period of _____,
        to commence _____ after release from imprisonment to a term of supervision; or

E   ☒   Payment during the term of supervised release will commence  immediately_____ after release from imprisonment.
        The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☒   Special instructions regarding the payment of criminal monetary penalties:

        Payable to:    Clerk, U.S. District Court
                       Attn: Finance
                       P.O. Box 5059
                       McAllen, TX 78502

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**                                           **Joint and Several**        **Corresponding Payee,**
**(including defendant number)**            **Total Amount**                   **Amount**                   **if appropriate**

☐   See Additional Defendants and Co-Defendants Held Joint and Several.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

22-40516.172

TAB 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CASE NO. 7:20-cr-01791** |
| | § | |
| **REID MORGAN ETHERIDGE** | § | |

## PRO SE APPEAL NOTICE TO U.S. COURT OF APPEALS
## FOR FIFTH CIRCUIT

Defendant Reid Etheridge notices that he is appealing to the United States Court of Appeals for the Fifth Circuit from the above district court's judgment of conviction which was orally rendered on July 21, 2022 and entered in writing on July 29, 2022. The parties to the judgment appealed from and the name, address, phone and fax of their respective attorneys are: (1) for the Government, Assistant U.S. Attorney Michael Mitchell, 1701 W. Business Hwy. 83, Suite 600, McAllen, TX 78501 with email michael.mitchell4@usdoj.gov, office phone 956-618-8010, and fax phone 956-618-8009; and (2) Reid Etheridge, pro se until such time that counsel is appointed.

Reid Etheridge, pro se

## <u>CERTIFICATE OF SERVICE</u>

On this day, the foregoing notice of appeal was forwarded to AUSA Frances

Blake to her email address: <u>michael.mitchell4@usdoj.gov</u> via the ECF filing system.

SIGNED this _30th_ day of _____July_____ 2022.

Reid Etheridge

22-40516.174

TAB 5

## CERTIFICATE OF SERVICE

I certify that these record excerpts have been served upon counsel for the appellee by notice of electronic filing with the Fifth Circuit CM/ECF system.

s/ Evan G. Howze
EVAN G. HOWZE